**Information to identify the case:**

| | |
|---|---|
| Debtor **Motel 6 Delk Road, LLC** | EIN **37–1654933** |
| Name | |

| | |
|---|---|
| United States Bankruptcy Court **Northern District of Georgia** Court website: www.ganb.uscourts.gov | Date case filed for chapter **7   12/2/25** |

Case number:  **25–21738–jrs**

Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).  Copy fees or access charges may apply. A free automated response system is available at 866–222–8029 (Georgia Northern). You must have case number, debtor name, or SSN when calling.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| **1. Debtor's full name** | Motel 6 Delk Road, LLC | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 3920 Trammel Drive Cumming, GA 30041 | |
| **4. Debtor's attorney** Name and address | Benjamin R Keck Keck Legal, LLC Druid Chase – Suite 115 2801 Buford Highway NE Atlanta, GA 30329 | Contact phone 470–826–6020 Email: bkeck@kecklegal.com |
| **5. Bankruptcy trustee** Name and address | Bradley J. Patten Smith, Gilliam, Williams & Miles, P.A. PO Box 1098 Gainesville, GA 30503–1098 | Contact phone 770–536–3381 |
| **6. Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Vania S. Allen Clerk of Court Room 120 Federal Building 121 Spring Street, SE Gainesville, GA 30501 | Office Hours: 8:00 a.m. – 4:00 p.m. Court website: www.ganb.uscourts.gov Contact phone 678–450–2700 |
| **7. Meeting of creditors** The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. Cellular phones and other devices with cameras are not allowed in the building. | **January 5, 2026 at 11:30 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 465 318 3155, and Passcode 7394635882, OR call 1 (470) 924–1841** For additional meeting information go to https://www.justice.gov/ust/moc |
| **8. Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **9.** | | |

| **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                    page **1**

United States Bankruptcy Court

Northern District of Georgia

In re:

Motel 6 Delk Road, LLC

    Debtor

Case No. 25-21738-jrs

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 113E-8 | User: bncadmin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 03, 2025 | Form ID: 309c | Total Noticed: 15 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Motel 6 Delk Road, LLC, 3920 Trammel Drive, Cumming, GA 30041-6925 |
| 25600440 | + | B.S., 563 Spring St., N.W., Atlanta, GA 30308-2123 |
| 25600441 | | City of Marietta Tax Division, P.O. Box 609, Marietta, GA 30061-0609 |
| 25600442 | #+ | G6 Hospitality, LLC et al, 4001 International Parkway, Carrollton, TX 75007-1914 |
| 25600443 | | Gainesville Masters, LLC, 2041 Kinderton Manor Dr, Duluth, GA 30097-5968 |
| 25600444 | | HIMA Enterprises, Inc., 900 South Gay St, Suite 1810, Nashville, TN 37201 |
| 25600445 | + | J.S., 563 Spring St., N.W., Atlanta, GA 30308-2123 |
| 25600446 | | J.T., One Sugarloaf Centre, 1960 Satellite Blv, Suite 4000, Duluth, GA 30097 |
| 25600447 | + | Jane Doe (S.J.C.), 2900 North Loop West, Suite 1130, Houston, TX 77092-8884 |
| 25600448 | | Michael Roseberry, One Sugarloaf Centre, 1960 Satellite Blv, Suite 4000, Duluth, GA 30097 |
| 25600451 | + | SAS Hotels, LLC, 270 Peachtree Street NW, Suite 1800, Atlanta, GA 30303-1217 |
| 25600452 | | W.K., One Sugarloaf Centre, 1960 Satellite Blv, Suite 4000, Duluth, GA 30097 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: bkeck@kecklegal.com | Dec 03 2025 20:21:00 | Benjamin R Keck, Keck Legal, LLC, Druid Chase - Suite 115, 2801 Buford Highway NE, Atlanta, GA 30329 |
| tr | | EDI: QBJPATTEN.COM | Dec 04 2025 01:09:00 | Bradley J. Patten, Smith, Gilliam, Williams & Miles, P.A., PO Box 1098, Gainesville, GA 30503-1098 |
| ust | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Dec 03 2025 20:23:00 | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 25600449 | | Michal Rosberry & W.K. & J.T. |
| 25600450 | | SABBIR MAHMUD and AASDEL CORPORATION |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

District/off: 113E-8                          User: bncadmin                                    Page 2 of 2
Date Rcvd: Dec 03, 2025                       Form ID: 309c                                      Total Noticed: 15

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2025                   Signature:        /s/Gustava Winters